# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST JOSEPH DIVISION

| | |
|---|---|
| Michael McKinley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 11-6112-CV-SJ-JTM |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On June 5, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed August 2, 2012, [Doc. 8] and the *Brief For Defendant*, filed October 15, 2012, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the June 5, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**